IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02325-RPM

AVIS YI,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.
_____

**AMENDED ORDER GRANTING MOTION TO RESPOND TO DISCOVERY REQUESTS**
_____

    Upon review of Defendant's Motion for Extension of Time to Respond to Plaintiff's Discovery Requests [10] filed February 17, 2011, it is

    ORDERED that the motion is granted and defendant shall respond to the discovery requests on or before March 9, 2011.

    DATED: February 18th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge