IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02325-RPM

AVIS YI,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER,

      Defendant.
_____

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES
_____

On July 8, 2011, the plaintiff filed a Motion to Compel Discovery Responses. The defendant responded on July 29, 2011. It is clear from the pleadings filed that the plaintiff has inappropriately used the discovery process to seek to force the defendant into admissions and to broaden discovery beyond that which is permitted by the rules. It is therefore

ORDERED that the plaintiff's motion to compel is denied.

DATED:   August 2, 2011

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge